Norman Egolf
Offender ID. - 757231
Fairbanks Correctional Center
1931 Eagan Ave.
Fairbanks, Alaska 99701



JAN 2 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Norman Egolf
    Plaintiff

    vs.                      Case No. _____

Bryan Schroeder - U.S. Attorney
    Defendant

## PETITION FOR WRIT OF MANDAMUS

A. Jurisdiction is invoked pursuant to 5 USC 702, 28 USC 1331, and 28 USC 2201

B. PARTIES:

Plaintiff is a U.S. citizen residing in Alaska and is a resident within the jurisdiction of this court.

Defendant is the U.S. Attorney for the District of Alaska, a resident of Alaska, and a U.S. citizen residing within the jurisdiction of this court.

Plaintiff comes now before this court seeking Writ of Mandamus against defendant and alleges the following complaint.

Dated: 01-18-2022

Norman Egolf - Plaintiff pro se

## Complaint

Defendant is the U.S. Attorney for the District of Alaska and has a duty imposed upon him by Article VI of the Constitution, by 5 USC 3331, and by case law to support and defend the Constitution or be removed from office pursuant to section 3 of the 14th Amendment of the same.

Defendant's duty mandates that he prosecute all trespassers of constitutional rights whenever those rights are invaded. Statutes such as 18 USC 241 and 18 USC 242 are statutes that directly support and defend the Constitution and defendant has refused to exercise the authority and power of his office of honor and trust, to the benefit of plaintiff and all persons similarly situated. And there are many in Alaska.

Defendant's duty is one entered into voluntarily by defendant, but is also one that is a contractual obligation, a fiduciary duty, and one he is constitutionally bound to perform.

Defendant has breached his duty to plaintiff.

Persons within and subject to defendant's jurisdiction have willfully conspired against and deprived plaintiff of the following protected rights.

1) Due process of law
2) Property (without due process of law and in the absence of jurisdiction as jurisdiction was deprived them by statute)
3) Not only the equal protection of the laws when similarly situated, but the protection of any laws at any time.
4) Twice been deprived a civil trial by jury when such was preserved by Constitution both federal and state
5) Been subjected to the loss of his inheritance by civil conviction when there was no lawful claim of right to the title of said property by the opposing party.
6) Been deprived the right to move freely upon the highways

7) Been deprived the right to exercise the freedom of plaintiff's religion at a location of his choosing.
8) Been deprived the right to engage in commerce within the community where plaintiff resides and when no such businesses where a party to the action against plaintiff.

Plaintiff further asserts that he is the victim of federal statutes 18 USC 241, 18 USC 1512(a)(C) and 18 USC 1513(b)(2) as well as possibly 18 USC 1701.

Plaintiff further alleges that officers of the State of Alaska engaged in conduct that meets the burden of the crimes defined in 18 USC 2381 and/or 2384 and by settled law Bryant v. United States, 257 F. 378

It is defendant's duty to protect plaintiff in this instance as well as to defend the Constitution of the United States.

Defendant has knowledge of the offenders and offenses and has for 2 plus years refused to perform to his fiduciary duty, his constitutional duty, and his contractual duty pursuant to 5 USC 3331. These duties are imposed upon defendant by law.

## PRAYERS FOR RELIEF

Plaintiff prays the court grant relief in the following manner by writ of mandamus against defendant and other relief as the court deems appropriate.

1) Investigate plaintiff's allegations by either the use of defendant's office or that of the U.S. Marshalls Office. Defendant is to refrain from the use of the F.B.I. as one of their agents may have violated federal law as well.

2) Take plaintiff to any location as needed to allow plaintiff to present evidence to defendant.

3) Secure any and all search warrants as applicable to uncover criminal conduct such as communications between the alleged offenders to commit the violations.

4) To present all findings before the grand jury and if need be, present plaintiff to testify before the same.

5) To prosecute any and all violations discovered and refrain from lending prestige to the offender's government status.

6) To take plaintiff seriously, treat plaintiff with dignity, respect, and professionalism. And refrain from malice or prejudice against plaintiff for having taken this action against defendant.

7) To protect plaintiff from retaliation by the alleged offenders and the State of Alaska itself.

8) To be present with U.S. Marshalls at plaintiff's trial to ensure a fair and impartial hearing as well as to witness confessions in open court by some of the alleged offenders.

## PREAMBLE

Plaintiff is not an attorney as the court may construe. Plaintiff knows neither the totality of the Rules of Procedure nor is plaintiff adept at making argument and so begs the court's forgiveness in these respects. Plaintiff will strive to do the best he knows how to present this controversy and case to the court.

Plaintiff can only assert to the court that to his knowledge, plaintiff has the right to be heard for the purposes of the redress of grievances. - 1st Amendment

Plaintiff affirms to the court, that the defendant is, the U.S. Attorney for the Disctrict of Alaska and is customarily afforded prosecutorial discretion.

Plaintiff asserts to this court that in this instance, defendant is deprived discretion, and hopes the court will view and find both the complaint and the decision of the court, "in a light most favorable to the plaintiff" -Bibbo v. Dean Whitter Reynolds, Inc., 151 F.3d 559, 561 (6th Cir. 1998)

Plaintiff knows that "Mandamus is said to be a writ of discretion But the discretion of a court always means sound, legal discretion, not an arbitrary will." And that "if the applicant makes out a proper case, the courts are bound to grant it. They can deny justice to no man" - Marbury v. Madison 5 U.S. 137

Plaintiff has limited resources, knowledge and legal skills and prays the court will both endeavor to construe plaintiff's pleadings liberally and if obfuscated, question plaintiff for clarification - Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed. 2d. 652 and draw a fair inference and apply the applicable law, irrespective of whether plaintiff has mentioned it by name. - Dluhos v. Strasberg, 321 F.3d 365,369 (3rd Cir. 2003) And, plaintiff will endeavor to prove a "set of facts in support of his claim which would entitle him to relief" - Haines 404 U.S. at 520-21 (quoting Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed. 2d. 80 (1957)).

Plaintiff's pleadings will be as short and plain as plaintiff can make them to show he is entitled to relief - Ashcroft v. Iqbal, 556 U.S. 662, 677-78 129 S.Ct. 1937, 173 L.Ed. 2d 868 (2009) And plaintiff hopes they are above the speculative level- Bell Atl. Corp. 550 U.S. at 555 and more than "unadorned, the-defendant-unlawfully-harmed-me accusation" - Iqbal, 556 U.S. at 678.

Plaintiff will cite various precedence, and some more than others Plaintiff will rely heavily upon a few and does not know how to cite specific parts of a case unless it's already shown as where an attorney would be able to point out more readily. An example would be, Marbury at 175...plaintiff has no idea how to cite precedence in this manner and so begs leave of the court to allow plaintiff to say, Marbury v. Madison 5 U.S. 137 or, (also Marbury) or, (Marbury). Other precedence will be presented as already cited from case law.

There are 3 basic points of argument by plaintiff and some further considerations. The 3 basic points are that defendant is contractually obligated, constitutionally bound, and has a fiduciary duty not just to the public as whole in this instance, but even to plaintiff as a class of one - McDonald v. City of Winnetka, 371 F.3d 992 as there are undoubtedly more persons similarly situated as plaintiff. One such person who comes to plaintiff's mind is named David Haeg. All three points are tied directly to defendant's oath, Article VI(cl.2 & cl.3), section 3 of the 14th Amendment, and federal statutes that directly support and defend the Constitution and the rights held as protected therein.

And so plaintif humbly pleads his case and begs this court, hear plaintiff, and help plaintiff receive justice. Because "it is important that the litigant not only receive justice, but that he beleive that he has received justice." - Pfizer v. Lord, supra 456, F.2d at 544

## ARGUMENT

"I begin with something that may seem mundane on it's face but it has a significant relationship to the priciple of accountability. Under the Constitution, all officers of the United States must take an oath or affirmation to support the Constitution and must receive a commission. (see Art. VI, cl.3 ("All executive and judicial officers...shall be bound by Oath or Affirmation to support this Constitution"); Art II, sect. 3 (The President "shall commission all Officers of the United States.)) There is good reason to think that those who have not sworn an oath cannot exercise significant authority of the United States. - (see 14 Op. Att'y Gen. 406, 408 (1874)" - (Justice Anthony Scalia) D.O.T. v. Ass'n of Am. R.R., 574 U.S. 43 (S.Ct. 2015)

It is undisputed that defendant took an oath or affirmation [PRIOR] to acceptance of his office - (see 19 Op. Att'y Gen. 283 (1889) as doing so was a prerequisite for holding office and to carry out his duties and receive a salary. - (see 19 Op. Att'y Gen. 219 (1889). And only after he took his oath or affirmation in his personal/individual capacity did he become "someone who exercises signicant authority pursuant to laws of the United States" and therefore an "Officer" - Buckley v. Valeo, 424 U.S. 126,96 S.Ct. 612, 46 L.Ed. 2d 659 (1976)(per curiam)

Defendant's oath constrains him to bring to bear, the full authority of his office in the name of the United States, to prosecute individuals and instrumentalities that violate federal statutes such as 18 USC 241, 18 USC 242, and 18 USC 1513 because these laws either directly support, directly defend or both support and defend, the Constitution of the United States.

The Constitution is the foundation upon which not only the government of the United States is built, but the very foundation of the United States itself. Without the Constitution, neither the government nor the United States exists.

Defendant has a duty, to not only support the Constitution, he has a duty to defend it as well. If he obstains from this duty which is imposed upon him by Constitution; Art. VI, cl. 3: & by law; 5 USC 3331; as well as being self-imposed (ref 5 USC 3331, that he enters into this obligation freely); he then disqualifies himself from office. - (see 14th Amendment, sect. 3).

Discretion in cases such as this would be active obstruction and/or defiance of defendant's oath and the duty placed upon him pursuant to the Constitution. The Supreme Court ruled that this is prohibited.
In Cooper v. Aaron 358 U.S. 1 the Supreme Court held that all government officials have "a duty to obstain from resistance to the supreme Law of the Land; U.S. Const., Article VI, para. 2; as declared by the organ of our government for ascertaining it, does not require immediate approval of it nor does it deny the right of dissent. Criticism need not be stilled. Active obstruction and defiance is barred."

The court deemed such obstruction or defiance to be "war against the Constitution" and no one could war against the Constitution without violating their solemn undertaking to support it.
Even though in Cooper the Court inferred the direction of section 3 to apply towards State officers, section 3 actually encompasses all government as it reads (as applicable towards federal officers)
"No person shall...hold any office, civil or military, under the United States, who having previously taken an oath...as an officer of the United States...to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies enemies thereof."

1.) Defendant is an officer of the United States (civilly)

2.) Defendant took an oath prior to possession of his office, as well as one previously for the office he held before his appointment to U.S. Attorney.

3.) Refusal to prosecute crimes against the Constitution and the rights protected within, is to give aid to those enemies in the respect they will escape punishment.

The Court must take note that pursuant to defendant's oath, he not only swears or affirms to support the Constitution but he is also obligated to defend it from all enemies, foreign and domestic.

How can defendant comply with his fiduciary duty to the Constitution, the public, and plaintiff if he refrains from prosecutitng those laws that are specifically tailored to defend the supreme Law and the rights contained therein?

The Court must ascend that;

First: An obligation is "that which a person is bound to do or forbear; a duty imposed by law, a promise or contract" - Goodwin v. Freadrich, 135 Neb. 203, 280 N.W. 917,923 (Duty): Rucks-Brandt Const. Co. v. Price, 165 Okl. 178, 23 P.2d 690 (Duty imposed by law): Helvering v. British-American Tobacco Co., C.C.A., 69 F.2d 528,530 "Law or duty binding parties to perform" - State v. Citrus County, 116 Fla. 676, 157 So. 4, 97 A.L.R. 431 "That which constitutes a legal and moral duty and which renders a person liable to coercion as punishment for neglecting it" - Schwartz v. California Claims Service, 52 Cal.App. 2d 47, 125 P.2d 883,888

1.) Defendant is "bound" to support the Constitution; Article VI, cl. 2; and to defend it as well; 5 USC 3331

2.) Defendant's duty is imposed by both mentioned above as well case law, United States v. Roth 1987 U.S. Dist. Lexis 5585 citing United States v. Holzer, 86-1879 where the Supreme Court held that "a public offical is a fiduciary to the public and in the case of a judge, to the litigants before him."

A fiduciary is "a person having duty, created by his undertaking to act primarily for another's benefit in matters connected with such undertaking". - Haluka v. Baker, 66 Ohio App. 308, 34 N.E.2d 68, 70; and when used as an adjective it means "of the nature of a trust; having the characteristics of a trust; analogous to a trust; relating to or founded upon trust or confidence."- Black's Law Dictionary 4th Edition p.753

Defendant has a duty pursuant to his oath which he undertook by the terms set forth in 5 USC 3331 where it states, " that I take this obligation freely..." and he is trusted by the public and plaintiff to perform and of which the public and plaintiff have held confidence in defendant to do so.

3.) Defendant entered into contract as 5 USC 3331 is exactly that, a contract to perform a duty.

A contract is "a promisary agreement between two or more persons that creates, modifies, or destroys a legal relation." - Buffalo Pressed Steel C. v. Kirwan, 138 Md. 60, 113 A. 628, 630; Mexican Petroleum Corp. of Louisianna v. North German Lloyd, D.C.La., 17 F.2d 113, 114

At first it appears to be a "written contract in which all of it's terms are in writing." - Fey v. Loose-Wiles Bisquit Co., 147 Kan. 31, 75 P.2d 810, 813 and that it is "that instrument signed by one party and is orally accepted by the other party" - Reeves Furniture Co. v. Simm, Tex.Civ.App., 59 S.W. 2d 262, 263

But his oath appears to be more of an "express contract" where the terms are "openly uttered or declared at the time of making it, being stated in distinct and explicit language, either orally or in writing." - 2 Bl. Comm. 443; 2 Kent. Comm. 450; Linn v. Ross, 10 Ohio 414, 36 Am.Dec. 95; A.J. Yawger & Co. v. Joseph, 184 Ind. 228; 108 N.E. 774, 775 In re Pierce, Butler & Pierce Mfg. Co., D.C.N.Y., 231 F. 312, 318

And this contract can only be impaired by a two-thirds majority vote by Congress - 14th Amendment, sect 3

Second: Defendant's "oath of office to obey the Constitution means to obey the Constitution" and not as defendant decides. - State v. Board of Equalizers, [Fla.1922] 84 Fla. 592 [94 So. 681, 682 - 683]

And it is defendant's oath that sets him apart from ordinary citizens and allows him to exercise greater power and also subjects him to special restraints. - D.O.T. v. Ass'n of Am. R.R. 575 U.S. 43 (S.Ct. 2015)
Defendant is trusted to use that power and the authority of his office of honor(trust) to bring enemies/trespassers of the Constitution to justice and to vindicate the protected rights of the public as a whole and when appropriate, for the individual

His oath prohibits mental reservation because it "is a silent exception to the general words of a promise or agreement not expressed on account of a general understanding on the subject. But the word has been applied to an exception existing only in the mind of one party only and has been degraded to signify a dishonest excuse for evading or infringing a promise." - (Wharton) Black's Law Dictionary 4th Edit.

Now go back and re-read "obligation".

Evasion is "an act of eluding or avoiding or avoiding by artifice - City of Wink v. Griffith Amusement Co., 129 Tex. 40 100 S.W. 2d 695, 701 and "when an act is condemned as an evasion, what is meant is that it is on the wrong side of the line indicated by the policy, if not by the mere letter of the law" - Wyndmoor Building & Loan Ass'n v. Power Building & Loan Ass'n, Pa.Super., 121 Pa. Super. 236, 183 A. 367, 369; Bullen v. State of Wisconsin Wis. 240 U.S. 625, 36 S.Ct. 473, 474 60 L.Ed. 830

Equally important is that to grant discretion in this matter would be to allow ex post facto law to occur. Discretion comes only after defendant possesses his office and cannot affect that which was done prior to such possession.

When something is " ex post facto" it is "after the fact; by
an act or fact occuring after some previous act or fact, and
relating thereto; by subsequent matter; the opposite of ab initio
" - Black's Law Dictionary 4th Edition
Where as, ex post facto law is " a law passed after the occurence
of a fact or commission of an act, which retrospectively changes
the legal consequences or relation of such fact or deed." -
Black's Law Dictionary 4th Edition
And therefore, discretion would retrospectively change the legal
consequences of 5 USC 3331 and therefore the sole purpose of
Article VI, cl.3 of the Constitution. In this case, discretion
would render both, moot.

However, "retrospective laws which do not impair the obligation
of contracts, or affected vested rights, or partake of the
character of ex post facto laws are not prohibited by the
Constitution." - Bay v. Gage, 36 Barb., N.Y., 447
And as 5 USC 3331 is a contract and plaintiff's vested rights
would be permanently injured by granting discretion and the fact
that only a vote of two-thirds of both Houses of Congress can
actually grant relief to defendant, discretion is wholly barred
as a "Thing to the Contrary"

The court must keep in mind that defendant is a fiduciary and
has a duty to, and is trusted to, provide the benefit of both
supporting and defending the Constitution of the United States
and the rights protected therein. It is this duty that makes
defendant liable to coercion for neglecting such duty - (ref.
Holzer; ref. Schwartz)
And that punishment comes in several forms including civil
liability pursuant to the Restatement (Second) of Torts, sect.
874 - Violation of Fiduciary Duty.
For which comment (b) would indicate that plaintiff need not
prove damages, only that the violation occurred.

Further consideration must be given to the fact that the Supreme Court has "almost never felt qualified to second guess Congress regarding the permissable degree of policy judgment that can be left to those executing or applying the law."" - Whittman v. American Trucking Ass'n. Inc, 531 U.S. 457, 474-475, 121 S.Ct. 903, 149 L.Ed. 2d 1 (2001)(quoting: Mistretta, supra, at 416, 109 S.Ct. 647 102 L.Ed. 2d 714 (Scalia dissenting) because when a duly enacted statute imposes a duty upon an executive official to follow the dictates of the statute in performing a mandated act, the official has no authority to disregard the mandate based upon the officials interpretation of the statute or it's constitutional standing - Kendall v. United States, (1838) 37 U.S. 524, 613 [9 L.Ed. 1181]

1.) Defendant is a executive official sworn in and received a commission/appointment by the President.
2.) Article VI and 5 USC 3331 are duly enacted statute and defendant has no authority to disregard either of them or the authority to disregard the duty assigned to him by those statutes.
3.) With respect, the Court cannot second guess the judgment of Congress with respect to only Congress possessing the power to impair the obligation of defendant's contractual and fiduciary obligation.
4.) Again, defendant was in his personal/individual capacity, prior to possession of his office - Glavey v. United States, 182 U.S. 595, S.Ct. 891, 45 L.Ed. 1247 36 S.Ct. 581 1901 U.S. Lexis 1247 (1901); 19 Op. Att'y. Gen. 283 (1884)

Laws such as 18 USC 241 and 18 USC 242 must be enforced to defend the Constitution and not merely threaten trespassers, or they are substance. Because "laws that only threaten and are not kept, are like the log, given to the frogs to be their King. Which at first they feared, but soon scorned and trampled on." - Cervantes (quoted from Don Quixote, 1604)

Lastly, "where a specific duty is assigned by law, the individual rights depend upon the performance of that duty." - Marbury v. Madison 5 U.S. 137 because "the very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws whenever he receives an injury. One of first duties of government, is to afford that protection." - (also Marbury)

For 2-plus years plaintiff has begged defendant for the protection of the laws and defendant has refused to provide any. Defendant is government by the official and representative character of his office. Plaintiff hasn't just been injured in his rights, he has been wholly deprived of them, had persons conspire against plaintiff's rights, witnessed these crimes, been a victim of these crimes, and attempted to inform law enforcement numerous times, only to be subjected to the State of Alaska pointing deadly weapons at plaintiff to prevent him from exposing the criminal state officers and obtaining enforcement of valid statute of the United States, threatening plaintiff that he will be shot dead if he does not stop exposing their conduct and surrender his rights.

And if this Court, sees fit to grant defendant discretion and dismiss this case, thereby permanently harming plaintiff, then plaintiff demands Certiorari to the following question:

> What is the compelling interest of the government of the United States for depriving plaintiff the protection of any laws of the United States including the protection of the Constitution and plaintiff's rights secured therein.

## CONCLUSION

1. Defendant is contractually obligated pursuant to 5 USC 3331 and only Congress can remove such obligation pursuant to section 3 of the 14th Amendment. Without such privilege by by Congress, claim of discretion removes defendant from office sua sponte.

2. Defendant is constitutionally bound by his oath of office to perform the defense of plaintiff's rights and defendant must submit to the superior authority of the Constitution which is the supreme law.

3. Defendant has a fiduciary duty to perform the benefit plaintiff is owed pursuant to defendant's oath and that plaintiff, along with the public as a whole, has entrusted defendant to provide under the authority of the United States

4. Defendant has no justicability for the omission of his duty in this case pursuant to case law settled by the Supreme Court of the United States.

5. Plaintiff has the right to the protection of the laws of the United States and the protection of both the Constitution and that of defendant's office.

6. It is the duty of defendant to provide these protections as defendant is "government" both officially and representatively by and through his office, his oath, his commission, and settled case law.

7. To prevent a manifest injustice, and to support and defend the Constitution of the United States and plaintiff's rights protected within, Writ of Mandamus must issue.

c/o Fairbanks Correctional Center
1931 Eagan Ave
Fairbanks, Alaska 99701

ALASKAN FRONTIER
995-997
21 JAN 2022

Attention Clerk of
United States District of the Court
222 West 7th Ave
Room 229 #4
Anchorage, Alaska 99513

Fairbanks Correctional Center

Mailed From 99701
01/21/2022
032A 0061809483
$00.7
First-Class
US POSTAGE

99513-750404



c/o Fairbanks Correctional Center
1931 Eagan Ave
Fairbanks, Alaska 99701

ALASKAN FRONTIER
995-997
21 JAN 2022 PM

Attention Clerk of
United States District Court
222 West 7th Ave
Room 229 #4
Anchorage, Alaska 99513

99513-750404

Mailed From 99701
01/21/2022
032A 0061809483