# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| NORMAN EGOLF,<br>*Petitioner,*<br>v.<br>BRYAN SCHROEDER,<br>*Respondent.* | )<br>)<br>) Civil Action No. 4:22-cv-00003-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is **DISMISSED**. Petitioner fails to meet any of the required elements that could entitle him to the extraordinary remedy of mandamus.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: June 9, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*